IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LEAH Y. McLAIN, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>WALMART, INC., dba Walmart )<br>Neighborhood Market, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:24cv267-MHT<br>(WO) |

**ORDER**

In accordance with the opinion entered today, it is ORDERED that:

(1) Plaintiff Leah Y. McLain's motion for leave to amend (Doc. 20) is granted.

(2) Plaintiff McLain shall file the amended complaint on the docket within three business days of the entry of this order.

DONE, this the 25th day of November, 2024.

                                        /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**