IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **LEAH Y. McLAIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:24cv267-MHT |
| | ) | (WO) |
| **DANNY JOHNSON** and | ) | |
| **WALMART, INC.,** dba Walmart | ) | |
| **Neighborhood Market,** | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

In accordance with the opinion entered on November 25, 2024 (Doc. 25), and in light of the amended complaint filed on November 26, 2024 (Doc. 27), it is ORDERED that plaintiff Leah Y. Mclain's motion to remand (Doc. 20) is granted, and this case is remanded to the Circuit Court of Montgomery County, Alabama. The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 27th day of November, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE